IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02043-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

ARZELL GULLEY,

      Plaintiff,

v.

UNITED STATES PENITENTIARY (ADX),

      Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

      On July 23, 2014, Plaintiff, Arzell Gulley, initiated this action by filing a Letter

with the Court complaining about his conditions of confinement. (ECF No. 1).

Accordingly, this case has been opened as a civil rights action pursuant to 28 U.S.C.

§ 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403

U.S. 388 (1971).  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the

Court has determined that there are deficiencies in this action.  Plaintiff will be directed

to cure the following if he wishes to pursue any claims in this Court in this action.  Any

papers that Plaintiff files in response to this Order must include the civil action number

on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   <u>X</u>   is not submitted
(2)   <u>  </u>   is missing affidavit
(3)   <u>X</u>   copy of prisoner's trust fund statement for the 6-month period immediately
           preceding this filing is not submitted
(4)   <u>  </u>   trust fund account statement is missing certification by authorized prison
           official

(5) ___ is missing required financial information
(6) _X_ is missing authorization to calculate and disburse filing fee payments
(7) ___ is missing an original signature by the prisoner
(8) ___ is not on proper form
(9) ___ names in caption do not match names in caption of complaint, petition or habeas application
(10) _X_ other: Plaintiff may pay the $400 filing fee in lieu of filing a § 1915 Motion.

**Complaint, Petition or Application**:
(11) _X_ is not submitted (Plaintiff must submit Complaint on the court-approved Prisoner Complaint form).
(12) ___ is not on proper form
(13) ___ is missing an original signature by the prisoner
(14) ___ is missing page nos. ___
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ names in caption do not match names in text
(17) ___ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ___ other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved forms for filing a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov, and shall use the forms in complying with this Order.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED September 10, 2014, at Denver, Colorado.

BY THE COURT:


s/Boyd N. Boland
United States Magistrate Judge